# United States Court of Appeals for the Federal Circuit

E R R A T A

April 19, 2007

Appeal No. 05-1546, -1579

INTAMIN LTD. V MAGNETAR TECHNOLOGIES, CORP.

Decided:   April 18, 2007                           Precedential Opinion

Please make the following change:

Page 9, line 15, change "non-magnetic" to --magnetic--.